UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX Communications, Corp., <br><br> Plaintiff, <br><br> vs. <br><br> MCI Communications Services, Inc., b/b/a Verizon Business Services, <br><br> Defendant. | Case No: C 10-4298 SBA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulation, Dkt. 31,

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for April 20, 2011is CONTINUED to **May 19, 2011 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: April 22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge