IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YMAX COMMUNICATIONS, CORP.,            No. C 10-04298 CW

    Plaintiff,                       CASE MANAGEMENT
                                       ORDER
  v.

MCI COMMUNICATIONS SERVICES, INC.,

    Defendant.
_____/

    On May 9, 2011, YMAX Communications, Corp. and MCI Communications filed a joint case management statement.  Having considered the report, the Court orders that this case is stayed pending the Federal Communications Commission's (FCC) decision on YMAX's petition for reconsideration of the FCC's April 8, 2011 Order.  Within fourteen days of the date on which the FCC renders its decision on YMAX's petition, the parties shall advise the Court of the DCC's ruling and offer their respective suggestions as to how this case should proceed.  If the FCC has not decided YMAX's petition by August 24, 2011, seven days thereafter, the parties shall file a joint report apprising the Court of the status of the FCC proceedings.

    The Court sets the following case management dates:
Deadline to add additional parties or claims: **9/9/11**

Date of next case management conference: **2/2/12**

Completion of Fact Discovery: **1/31/12**

Disclosure of identities and reports of expert witnesses: **2/16/12**

Rebuttal: **3/5/12**

Completion of Expert Discovery: **3/30/12**

All case-dispositive motions to be heard at 2:00 P.M.
on or before: **2/2/12**

Final Pretrial Conference at 2:00 P.M. on: **5/1/12**

A 5 day Jury Trial will begin at 8:30 A.M. on: **5/14/12**

    IT IS SO ORDERED.

Dated: 6/13/2011

*[signature]*
CLAUDIA WILKEN
United States District Judge

2