RANDALL KIM (Cal. Bar No. 196244)
LEE TAYLOR (Cal. Bar No. 243863)
BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, California 94104
Telephone: (415) 563-0600
Facsimile: (415) 563-0613
ltaylor@bruneandrichard.com

Attorney for Defendant and Counterclaimant
MCI COMMUNICATIONS SERVICES, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| YMAX COMMUNICATIONS, CORP., | ) No. CV 10-4298-CW |
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER PERMITTING SUBSTITUTION OF COUNSEL** |
| MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES, | ) |
| Defendant. | ) |
| MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES, | ) |
| Counterclaimant, | ) |
| v. | ) |
| YMAX COMMUNICATIONS, CORP., | ) |
| Counterdefendant. | ) |

1  Having considered the Motion for Substitution of Counsel filed by Defendant and

2  Counterclaimant MCI Communications Services, Inc. it is hereby ordered that the substitution of

3  counsel is permitted.  Substitute counsel entering the case are

        Randall Kim (Cal. Bar No. 196244)
        Lee Taylor (Cal. Bar No. 243863)
        BRUNE & RICHARD LLP
        235 Montgomery Street, Suite 1130
        San Francisco, California 94104
        Telephone: (415) 563-0600
        Facsimile:  (415) 563-0613
        rkim@bruneandrichard.com
        ltaylor@bruneandrichard.com

9  Counsel withdrawing from the case is

        Douglas Winthrop (Cal. Bar No. 183532)
        ARNOLD & PORTER LLP
        Three Embarcadero Center, 7th Floor
        San Francisco, California 94111-4024
        Telephone: (415) 434-1600
        Facsimile:  (415) 677-6262
        Douglas.Winthrop@aporter.com

    The Court's ECF records will be updated to reflect the substitution of counsel.

16  IT IS SO ORDERED.

18  DATED:  2/2/2012

        *[signature]*
        THE HONORABLE CLAUDIA WILKEN
        UNITED STATES DISTRICT JUDGE