RANDALL KIM (Cal. Bar No. 196244)
LEE TAYLOR (Cal. Bar No. 243863)
BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, California 94104
Telephone: (415) 563-0600
Facsimile: (415) 563-0613
ltaylor@bruneandrichard.com

Attorney for Defendant and Counterclaimant
MCI COMMUNICATIONS SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

YMAX COMMUNICATIONS, CORP.,

Plaintiff,

v.

MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES,

Defendant.

MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES,

Counterclaimant,

v.

YMAX COMMUNICATIONS, CORP.,

Counterdefendant.

No. CV 10-4298-CW

**[~~PROPOSED~~] ORDER PERMITTING SUBSTITUTION OF COUNSEL**

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

Having considered the Motion for Substitution of Counsel filed by Defendant and Counterclaimant MCI Communications Services, Inc. it is hereby ordered that the substitution of counsel is permitted. Substitute counsel entering the case are

Randall Kim (Cal. Bar No. 196244)
Lee Taylor (Cal. Bar No. 243863)
BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, California 94104
Telephone: (415) 563-0600
Facsimile: (415) 563-0613
rkim@bruneandrichard.com
ltaylor@bruneandrichard.com

Counsel withdrawing from the case is

Douglas Winthrop (Cal. Bar No. 183532)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 677-6262
Douglas.Winthrop@aporter.com

The Court's ECF records will be updated to reflect the substitution of counsel.

IT IS SO ORDERED.

DATED: 2/2/2012

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

.