BINGHAM MCCUTCHEN LLP
Mary T. Huser (SBN 136051)
mary.huser@bingham.com
Sheila M. Pierce (SBN 232610)
1117 S. California Avenue
Palo Alto, CA  94304-1106
sheila.pierce@bingham.com
Telephone:  650.849.4400
Facsimile:  650.849.4800

Russell M. Blau (SBN 366697)
russell.blau@bingham.com
2020 K Street NW
Washington, DC 20006-1806
Telephone:  (202)373-6000
Facsimile:  (202) 424-7645
*(pro hac vice admission pending)*

Attorneys for Plaintiff and Counterdefendant
YMAX Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX COMMUNICATIONS CORP., | No. C 10-4298 CW |
| Plaintiff and Counterdefendant, <br> v. <br> MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES, <br> Defendant and Counterclaimant. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [PROPOSED ORDER] |

PLEASE TAKE NOTICE that Plaintiff YMAX Communications Corp. has retained Bingham McCutchen LLP to substitute as counsel for Kelley Drye White O'Connor in the above-captioned matter.

1   Withdrawing counsel for Plaintiff YMAX Communications Corp are:

2   Keri Campbell
    Kelley Drye White O'Connor
3   10100 Santa Monica Blvd.
    Suite 2300
4   Los Angeles, California  90067
    (312) 716-6100
5   KCampbell@kelleydrye.com

6   All future pleadings, orders, notices and communications should be served upon

7   the following substituted counsel for YMAX Communications Corp.:

8   Mary T. Huser
    Bingham McCutchen LLP
9   1117 S. California Ave.
    Palo Alto, CA  94304
10  (650) 849-4400
    mary.huser@bingham.com
11
    Sheila M. Pierce
12  1117 S. California Ave.
    Palo Alto, CA  94304
13  (650) 849-4400
    sheila.pierce@bingham.com
14
    Russell M. Blau
15  Bingham McCutchen LLP
    2020 K Street NW
16  Washington, DC 20006-1806
    (202) 373-6000
17  russell.blau@bingham.com

18  The undersigned parties consent to the above withdrawal and substitution of

19  counsel.

20  DATED:  March 21, 2012          YMAX Communications Corp.

21                                  By:___/s/ Peter Russo_____

22                                  Its:   Chief Financial Officer

23  DATED:  March 21, 2012          Kelley Drye White O'Connor

24                                  By:_____/s/ Keri Campbell_____

25

26  DATED:  March 21, 2012          Bingham McCutchen LLP

27                                  By:_____/s/ Sheila M. Pierce_____
                                            Sheila M. Pierce
28

2

1 **ORDER**

2 The above withdrawal and substitution of counsel is approved and so ORDERED.

3

4 DATED: ___March 27___, 2012    _____
5                                 The Honorable Claudia Wilken
                                  UNITED STATES DISTRICT COURT JUDGE

1 | **CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X.B RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

2

3       I hereby attest that I have on file all holograph signatures for any signatures

4 indicated by a "conformed" signature (/S/) within this efiled document.

5 DATED: March 21 2012        Bingham McCutchen LLP

6                                              By: _____/s/ Sheila M. Pierce_____
                                                           Sheila M Pierce

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [~~PROPOSED~~ ORDER] C 10-4298 CW