1  BINGHAM MCCUTCHEN LLP
   Mary T. Huser (SBN 136051)
2  mary.huser@bingham.com
   Sheila M. Pierce (SBN 232610)
3  1117 S. California Avenue
   Palo Alto, CA  94304-1106
4  sheila.pierce@bingham.com
   Telephone:  650.849.4400
5  Facsimile:  650.849.4800

6  Russell M. Blau (SBN 366697)
   russell.blau@bingham.com
7  2020 K Street NW
   Washington, DC 20006-1806
8  Telephone:  (202)373-6000
   Facsimile:  (202) 424-7645
9  *(pro hac vice admission pending)*

10 Attorneys for Plaintiff and Counterdefendant
   YMAX Communications Corp.

11

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15

16 YMAX COMMUNICATIONS CORP.,                No. C 10-4298 CW

17            Plaintiff and Counterdefendant,   NOTICE OF WITHDRAWAL AND
                                                SUBSTITUTION OF COUNSEL FOR
        v.                                      PLAINTIFF YMAX
18                                              COMMUNICATIONS CORP.;
19 MCI COMMUNICATIONS SERVICES, INC.            [~~PROPOSED~~ ORDER]
   d/b/a VERIZON BUSINESS SERVICES,

20            Defendant and Counterclaimant.

21

22            PLEASE TAKE NOTICE that Plaintiff YMAX Communications Corp. has

23 retained Bingham McCutchen LLP to substitute as counsel for Kelley Drye White O'Connor in

24 the above-captioned matter.

25

26

27

28

1       Withdrawing counsel for Plaintiff YMAX Communications Corp are:

2       Keri Campbell
        Kelley Drye White O'Connor
3       10100 Santa Monica Blvd.
        Suite 2300
4       Los Angeles, California  90067
        (312) 716-6100
5       KCampbell@kelleydrye.com

6       All future pleadings, orders, notices and communications should be served upon

7   the following substituted counsel for YMAX Communications Corp.:

8       Mary T. Huser
        Bingham McCutchen LLP
9       1117 S. California Ave.
        Palo Alto, CA  94304
10      (650) 849-4400
        mary.huser@bingham.com
11
        Sheila M. Pierce
12      1117 S. California Ave.
        Palo Alto, CA  94304
13      (650) 849-4400
        sheila.pierce@bingham.com
14
        Russell M. Blau
15      Bingham McCutchen LLP
        2020 K Street NW
16      Washington, DC 20006-1806
        (202) 373-6000
17      russell.blau@bingham.com

18      The undersigned parties consent to the above withdrawal and substitution of

19  counsel.

20  DATED:  March 21, 2012          YMAX Communications Corp.

21                                  By:____/s/ Peter Russo_____

22                                  Its:  Chief Financial Officer

23  DATED:  March 21, 2012          Kelley Drye White O'Connor

24                                  By:_____/s/ Keri Campbell_____

25

26  DATED:  March 21, 2012          Bingham McCutchen LLP

27                                  By:_____/s/ Sheila M. Pierce_____
                                          Sheila M. Pierce
28

2

1

## ORDER

2

    The above withdrawal and substitution of counsel is approved and so ORDERED.

3

4

DATED: _____March 27_____, 2012        _____
5                                                    The Honorable Claudia Wilken
6                                            UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX
COMMUNICATIONS CORP.; [PROPOSED ORDER] C 10-4298 CW

1    **CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO.
2    45, SECTION X.B RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

3          I hereby attest that I have on file all holograph signatures for any signatures

4    indicated by a "conformed" signature (/S/) within this efiled document.

5    DATED:  March 21 2012                    Bingham McCutchen LLP

6                                             By:_____/s/ Sheila M. Pierce_____
                                                     Sheila M Pierce
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX
COMMUNICATIONS CORP.; [PROPOSED ORDER] C 10-4298 CW